**No. 51086.**—Protest 86730–K of L. Batlin & Son, Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of puree cups the same in all material respects as those passed upon in *Johnson Bros. v. United States* (15 Cust. Ct. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.